■ In the Matter of the Arbitration between ALAN R. WOODWORTH, Respondent, and FOREST CITY ENTERPRISES, INC., et al., Defendants, and WILLIAMSVILLE STATION, LTD., et al., Appellants. (Appeal No. 2.) [827 NYS2d 926]—Appeal from a judgment of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered March 8, 2006 in a personal injury action. The judgment awarded plaintiff the sum of $1,037,202.12 against defendants Williamsville Station, Ltd. and Parkway Restaurant, Ltd.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on December 26, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ In the Matter of ROBERT R. CALLI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [827 NYS2d 900]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Jan. 18, 2007.)

■ In the Matter of JOHN B. ZANKOWSKI, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [827 NYS2d 900]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Swartz*, 34 AD3d 1369 [2006]; *Matter of Termini*, 28 AD3d 1256 [2006]). Present—Scudder, P.J., Gorski, Green and Pine, JJ.

■ In the Matter of EDWARD TEFFT BARKER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [827 NYS2d 900]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Jan. 18, 2007.)